UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 2:23-MJ-00143-EJY |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING |
| vs. | ) | BENCH TRIAL |
| | ) | |
| ISMAEL SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for July 12, 2023, at the hour of 9:00 a.m., be vacated and continued to September 20, 2023 at 9:00 a.m. in Courtroom 3D.

DATED this ___7th_____ day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3